FILED

FEB 09 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States District Court
Southern District of Texas
FILED

MAY 17 2023

Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARTURO DIAZ<br>a/k/a ARTURO DIAZ-TENORIO | Case No.<br><br>Violation: Title 21, United States Code, Section 841(a)(1)<br><br>M-23-0953-M<br><br>**UNDER SEAL** |

### COUNT ONE

The SPECIAL JANUARY 2023 GRAND JURY charges:

On or about February 23, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ARTURO DIAZ
a/k/a ARTURO-DIAZ TENORIO,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about April 6, 2018, at Skokie, in the Northern District of Illinois, Eastern Division, and elsewhere,

### ARTURO DIAZ
### a/k/a ARTURO-DIAZ TENORIO,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about June 14, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### ARTURO DIAZ
### a/k/a ARTURO-DIAZ TENORIO,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____

FOREPERSON

_____

Signed by Erika Csicsila on behalf of the
UNITED STATES ATTORNEY